UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DANIEL ARNOLD, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIANA HARBOR BELT RAILROAD )<br>COMPANY, )<br>)<br>Defendant. ) | Cause No. 2:21-CV-266-PPS |

## ORDER

Plaintiff Daniel Arnold, Jr.'s Stipulated Motion to Dismiss with Prejudice [DE 60] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: July 23, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT